```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

        - against -                  S1   05 Cr. 938 (DAB)
                                                            ORDER

WEI JIE ZHOU,
                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    On December 14, 2006, Defendant pled guilty before this Court to Count Eighteen of the Superceding Indictment and the Court set the date of Defendant's sentencing for Monday, February 5, 2007. The Parties were advised at that time that any pre-sentencing arguments and information, including responses from the other side, were to be fully submitted to Chambers, in writing, by 4:00 PM on January 30, 2007. The Court understands that the pre-sentencing submissions schedule has not been kept because the Pre-sentencing Report has not yet been completed. Accordingly, the Court hereby adjourns Defendant's sentencing <u>sine die</u> to allow the Probation Office to complete the Report.

    The parties shall now adhere to the following schedule: any pre-sentencing arguments and information, including responses from the other side, are to be fully submitted to Chambers by February 26, 2007 at 4:00 PM. Once these submissions are received the Court will advise the Parties of the sentencing date.

SO ORDERED.

Dated:    New York, New York
            January 31, 2007

                                                Deborah A. Batts
                                                DEBORAH A. BATTS
                                                United States District Judge